SCANNED by BCF and Emailed on
2/8/23 by Pm - 15 pages
(date)  (initials)  (num)

# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

FILED
02/08/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

## 28 U.S.C. § 2254 HABEAS CORPUS PETITION CHALLENGING A PRISON DISCIPLINARY PROCEEDING

[This form is for a State prisoner to challenge <u>one prison disciplinary proceeding</u>. If you want to challenge more than one, you must file a separate form for each one. If you are challenging a State court or federal conviction, you need a different form.]

| Name (under which you were convicted): Corey Vanfirsdale  3:23-cv-0016-RLY-MPB | Case No. [For a new case in this court, leave blank. The court will assign a case number.] BTC-22-11-0204 |
|---|---|
| Place of Confinement: BCF | Earliest Possible Release Date: 11-21-24 |

[Once you know your case number, it is <u>VERY IMPORTANT</u> that you include it on <u>everything</u> you send to the court for this case. <u>DO NOT</u> send more than one copy of anything to the court. <u>NEATLY</u> print in ink (or type) your answers.]

1. Name of facility holding the hearing: Branchville Correctional Facility
   Date of hearing: 12 / 7 / 22. Case number: BTC-22-11-0204
   Offense: Possession of Controlled Sub
   Code # 202-B. Did you plead guilty? ○ Yes. ⊗ No.

2. Lost earned credit time? ○ No. ⊗ Yes, I lost 80 days earned credit time.
   Was the loss of earned credit time suspended? ○ No. ⊗ Yes, it was suspended until: ___/___/_____.
   If suspended, has it been imposed? ○ No. ○ Yes, it was imposed on: See Attached Exhibit A

3. Demoted in credit class? ○ No. ○ Yes, I was demoted from Class ____ to Class ____.
   Was the demotion suspended? ○ No. ○ Yes, it was suspended until: ___/___/_____.
   If suspended, has it been imposed? ○ No. ○ Yes, it was imposed on: ___/___/_____.

4. Appealed to the Superintendent? ○ No. ⊗ Yes, the result was:
   Denied

5. Appealed to Final Reviewing Authority? ○ No. ⊗ Yes, the result was:
   Denied _____ 6. Previously challenged this disciplinary hearing in <u>federal</u> court? ⊗

   No. ○ Yes, case number: _____

7. Are you paying the $5.00 filing fee? Yes

[<u>DO NOT</u> write in the margins or on the back of any pages. Attach additional pages if necessary.]

☒ Yes, I have authorized prison officials to deduct the money from my prisoner trust fund account and send it to the court.

○ No, I have attached a separate Prisoner Motion to Proceed In Forma Pauperis AND a copy of my inmate trust fund ledger for the past six months BECAUSE I have less than $15.00 now AND I have received an average of less than $15.00 a month during the past six months.

## GROUNDS RAISED IN THIS HABEAS CORPUS PETITION

[Explain why the prison disciplinary hearing violated the Constitution, laws, or treaties of the United States. Write the facts supporting each ground. Use simple English words and sentences. Do not use legal terms or quote from cases or statutes. If you want to submit a legal brief or arguments, attach a separate memorandum.

CAUTION: If you do not present every ground in this petition, you may be barred from doing so later.]

**GROUND ONE:** [Briefly describe your claim.] They took a urine test and have broken policy & Procedure

Supporting Facts: [Do not argue or cite law. Just state the specific facts that support your claim.]
The Speciman was collected on 10-28-22. It was not shipped off until 11-1-22. Exhibit C is Report of conduct Shows the Speciman collection and Ship Dates

Did you present Ground One to the Final Reviewing Authority? ☒ Yes. ○ No, because _____

**GROUND TWO:** [Briefly describe your claim.] There is a "Preliminary Test Form not completed

Supporting Facts: [Do not argue or cite law. Just state the specific facts that support your claim.]
On the preliminary test form they have forgotten to put an account Number as well as Specimen I.D. On the Bottom of this form they're suppost to Date as well as check a yes or No Box the date it was sent to lab. Exhibit B #'s 1,2,3 They are suppost to send a photo copy of the Positive Result of ±cup. I have examples of faild test results from JCU For Positive Meth and Suboxone! That is proper procedure when Positive Result Occurs.

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

Did you present Ground Two to the Final Reviewing Authority? ☒ Yes. ○ No, because _____

**GROUND THREE:** [Briefly describe your claim.] The time frame on the write up took more than 24 hrs

Supporting Facts: [Do not argue or cite law. Just state the specific facts that support your claim.]
I took the urine test 10-28-22, was sent out on 11-1-22 was screened on 11-22-22 and found guilty on 12-7-22. Exhibit "D"

Did you present Ground Three to the Final Reviewing Authority? ☒ Yes. ○ No, because _____

## DOCUMENTS

I have attached these documents from this disciplinary hearing: [Check all that apply.]
- ☒ Report of Conduct
- ☒ Screening Report
- ☒ Report of Disciplinary Hearing
- ☒ Letter from the Final Reviewing Authority
- ☒ Other relevant documents: Preliminary Test Form "Urine Drug Screen"

## RELIEF

I ask for the following relief: I'm asking for all the sanctions Be dismissed and outdate, back to where it was before I was found guilty _____ or any other relief to which I may be entitled.

## DECLARATION AND SIGNATURE

I placed this petition in the prison mail system on ____/____/20____ at _____ am/pm.

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

[*Do not fill in this date and time until you give this petition to prison officials to send to the court.*]

I declare under <u>penalty of perjury</u> that all of the statements in this petition are true and agree I will promptly notify the court of any change of address.

_____
Signature

175959
Prisoner Number

[<u>DO NOT</u> write in the margins or on the back of any pages. Attach additional pages if necessary.]