UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| COREY VANARSDALE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 3:23-cv-00016-RLY-MPB |
| | ) | |
| WARDEN, | ) | |
| | ) | |
| Respondent. | ) | |

FINAL JUDGMENT

The Court now enters FINAL JUDGMENT in this action in favor of the respondent and against the Petitioner, Corey Vanarsdale.

Mr. Vanarsdale's petition for writ of habeas corpus is dismissed and the action is terminated.

Date: 4/04/2023

Roger A.G. Sharpe, Clerk of Court

By: _Tina M. Dafe_
    Deputy Clerk

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

COREY VANARSDALE
175959
BRANCHVILLE - CF
BRANCHVILLE CORRECTIONAL FACILITY
Electronic Service Participant – Court Only